IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Angela D. Heaton, ) | C/A No.: 3:10-274-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Investors Title Insurance Company, Inc.; ) | |
| Trans Union, LLC; Pendergrass Law ) | |
| Firm, PLLC; Reed Elsevier, Inc.; ) | |
| LexisNexis Risk & Information ) | |
| Management Group, Inc.; and Seisint, ) | |
| Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the parties' request to amend the current scheduling order. (ECF No. 45.) The parties have amended the scheduling order twice in the past six months and represented to the Court on the June 8, 2010 conference call that a 90-day extension would be sufficient. Because the parties have put forth no new reason for an additional extension, the parties' request is hereby denied without prejudice.

IT IS SO ORDERED.

August 26, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge